Division, First Department. March 29, 1912.) Action by Fanny J. Kirkwood and others against Harry M. Smith, individually, etc., and another. W. R. Hill, for appellants. E. Schieffelin, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 132 App. Div. 758, 117 N. Y. Supp. 686.

KIRWAN v. ALEXANDER. (Supreme Court, Appellate Division, First Department, April 4, 1912.) Action by John P. Kirwan against Grace G. Alexander. W. M. Geer, for plaintiff. J. K. M. Ewing, for defendant. No opinion. Exceptions overruled, and judgment ordered, dismissing complaint, with costs. Settle order on notice.

KNICKERBOCKER TRUST CO. v. MILLER. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by the Knickerbocker Trust Company against Andrew Miller. No opinion. Motion granted. Settle order on notice. See, also, 133 N. Y. Supp. 989.

KOZLOWSKI, Appellant, v. ROCHESTER, S. & E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Anthony Kozlowski against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Judgment affirmed, with costs. See, also, 143 App. Div. 920, 127 N. Y. Supp. 1128.

KRESTJANSEN, Appellant, v. GERMANIA SAVINGS BANK, KINGS COUNTY, et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Anna Norem Krestjansen against the Germania Savings Bank, Kings County, and another. No opinion. Judgment affirmed, with costs.

KUTYN et al. v. SANDROWITZ. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Paul Kutyn and others against Bernard J. Sandrowitz. No opinion. Application denied, with $10 costs. Order signed. See, also, 133 N. Y. Supp. 359.

LAVINE v. LAVINE. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Sadie Lavine against William S. Lavine. No opinion. Motion granted, with $10 costs. Order filed.

LAWSON, Appellant, v. LAZANSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) In the matter of the application of Robert R. Lawson against Edward Lazansky and others. No opinion. Order unanimously affirmed, without costs.

134 N.Y.S.—72

LEERBURGER v. POLSTEIN. MAIDA v. JOLINE (two cases). (Supreme Court, Appellate Division, First Department. March 15, 1912.) Actions by Matilda Leerburger against Joseph Polstein and by Gennaro Maida and Vincenzo Maida against Adrian H. Joline. No opinions. Motions granted, with $10 costs. Orders filed.

In re LEGAL AID BUREAU OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) In the matter of the incorporation of the Legal Aid Bureau of Buffalo. No opinion. Articles of incorporation approved.

LEHAN, Respondent, v. SISTERS OF CHARITY, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Mary Lehan against the Sisters of Charity. B. L. Peck, for appellant. A. F. Engel, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

In re LENT. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Smith Lent. No opinion. Reference ordered to official referee. Settle order on notice.

LEVY, Appellant, v. BERG, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Charles E. Levy against Louis S. Berg. H. B. Twombley, for appellant. O. S. Mackenzie, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LINDLEY, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Ernest D. Lindley against Charles A. Campbell.

PER CURIAM. Judgment affirmed, with costs.

KRUSE and ROBSON, JJ., dissent, upon the ground that the referee adopted an improper measure of damages.

LINDNER, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by John Lindner, as administrator, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

LIPSCHITZ, Respondent, v. BERKOVITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Samuel Lipschitz against Herman Berkovitz and another. A. Rosenthal, for appellants. A. Thain, for respondent. No